**LAWYERS FOR ADA RIGHTS**
R. ALAN SMITH, ESQ. (SBN: 062835)
3111 Camino Del Rio North, Suite 400
San Diego, CA 92108
Telephone: (619) 541-3922
Email: asmith@ada-laws.com

Attorney for Plaintiff
Maria Sanchez

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA SANCHEZ, an individual;<br><br>　　　　　Plaintiff,<br>　　v.<br><br>LEELA THAI RESTAURANT INC., dba AROMA THAI RESTAURANT, a California Corporation; and Does 1-10, inclusive<br><br>　　　　　Defendants. | Case No.: **3:20-cv-1106-MMA-BGS**<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)** |

**NOTICE IS HEREBY GIVEN** that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Plaintiff Maria Sanchez hereby voluntarily dismisses the above-captioned action, with prejudice as to all defendants, and without further notice. As grounds therefore, Plaintiff states that: (1) no defendant has filed an answer or a motion to dismiss; and (2) this dismissal will not bind or prejudice any party. The parties shall bear their respective costs.

///
///

NOTICE OF VOLUNTARY DISMISSAL WITH
PREJUDICE PURSUANT TO F.R.C.P 41 (a)(1)(A)　　　-1-　　　Case No. **3:20-cv-1106-MMA-BGS**

Dated: October 1, 2020       LAWYERS FOR ADA RIGHTS

By:     /s/ Richard A. Smith
       Richard A. Smith, Esq.
       Attorneys for Plaintiff
       Maria Sanchez

**PROOF OF SERVICE BY ELECTRONIC POSTING
AND BY MAIL ON ALL KNOWN NON-REGISTERED PARTIES**

I, the undersigned, say:

I am a citizen of the United States and am employed in the office of a member of the Bar of this Court. I am over the age of 18 and not a party to the within action. My business address is 3111 Camino Del Rio North, Suite 400, San Diego, CA 92108.

On October 1, 2020, I caused to be served the following documents on each ECF-registered party listed on the attached service list in the Action by posting such document electronically to the ECF website of the United States District Court for the Southern District of California:

**NOTICE OF VOLUNTARY DISMISSAL WITH
PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)**

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: October 1, 2020                    LAWYERS FOR ADA RIGHTS

                                          By:    /s/ Richard A. Smith
                                                 Richard A. Smith
                                                 Attorney for Plaintiff
                                                 Maria Sanchez